**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian Adair FULLER, a/k/a Rico,**
**Defendant–Appellant.**

No. 02–7142.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Brian Adair Fuller, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Adair Fuller seeks to appeal the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000), and motion for reconsideration. We have reviewed the record and conclude on the reasoning of the district court that Fuller has not made a substantial showing of the denial of a constitutional right. *See United States v. Fuller,* Nos. CR–97–69; CA–01–458–7 (W.D.Va. May 31, 2002; July 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*